UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

REFLECTION CODE LLC,

        Plaintiff,

  v.

EDGECRAFT CORPORATION,

        Defendant.

No. 2:16-cv-12995-BAF-RSW

Honorable: Bernard A. Friedman

Magistrate Judge: R. Steven Whalen

| | |
|---|---|
| JACKIER GOULD, P.C.<br>Eric A. Bean (P48676)<br>ebean@jackiergould.com<br>121 West Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>(242) 642-0500<br>Attorney for Plaintiff | DRINKER BIDDLE & REATH LLC<br>M. Curt Lambert (DE No. 4882)<br>Curt.lambert@dbr.com<br>222 Delaware Ave., Ste 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>Attorney for Defendant |

## **STIPULATED ORDER OF DISMISSAL**

The Court being otherwise fully informed and advised in the premises and upon the below stipulation of the parties:

IT IS HEREBY ORDERED that the above case be dismissed, with prejudice and without costs to either party.

Dated: __February 7, 2017_____        s/ Bernard A. Friedman_____
                                                           U.S. District Court Judge

SO STIPULATED:

| | |
|---|---|
| */s/ Eric A. Bean*<br>Eric A. Bean<br>Attorney for Plaintiff | */s/ M. Curt Lambert*<br>M. Curt Lambert<br>Attorney for Defendant |

\\jgserver04\shares\data\docs\014\80\00230717.DOC